IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01648-CMA-KLM

HARRY JAMES,

    Plaintiff,

v.

HEUBERGER MOTORS, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Discovery** [Docket No. 10; Filed January 19, 2011] (the "Motion"). Pursuant to the Scheduling Order [Docket No. 9] governing this case, the Motion is premature. *See Scheduling Order* [#9] at 5, ¶8(c) (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 3]). The Order Setting Scheduling/Planning Conference [#3] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#3] at 2 § E.1 (emphasis added).

    Plaintiff has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as premature**.

    IT IS FURTHER **ORDERED** that the parties shall not file any contested discovery motions until after having (1) unsuccessfully conferred with each other pursuant to D.C.COLO.LCivR 7.1A and (2) being given permission to do so by the Court. To conduct

a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

Dated: January 20, 2011