## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 10-cv-01648-CMA-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: March 4, 2011** | Courtroom Deputy, Monique Wiles |

_____

HARRY JAMES                               David M. Koppa

    **Plaintiff(s),**

v.

HEUBERGER MOTORS, INC.                    M. Robin Repass

    **Defendant(s).**

_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
**HEARING:   MOTION  HEARING**
**Court in session: 12:06 p.m.**
Court calls case.  Telephonic appearance of counsel.

This matter is before the court regarding Defendant's Motion for Protective Order to Restrict the Subject Matter of Plaintiff's 30 (b)(6) Notice of Deposition of Heuberger Motors, Inc. [Doc. No. 33, filed 3/2/11].

Counsel provide the background and basis of  the discovery dispute.  For the reasons stated on the record,

**It is ORDERED:**         Defendant's Motion for Protective Order to Restrict the Subject Matter of Plaintiff's 30 (b)(6) Notice of Deposition of Heuberger Motors, Inc. [Doc. No. 33, filed 3/2/11] is **GRANTED**.  Plaintiff shall not inquire about settlement agreements, terms of settlement agreements or amounts paid in settlement to former employees at the Rule 30(b)(6) depositions.

HEARING CONCLUDED.

**Court in recess: 12:38 p.m.**
Total In-court time: 32 minutes

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.