IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01648-CMA-KLM

HARRY JAMES,

    Plaintiff,

v.

HEUBERGER MOTORS, INC., a Colorado corporation,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Extension of Discovery Cutoff Date** [Docket No. 37; Filed March 9, 2011] and **Joint Motion to Set Settlement Conference** [Docket No. 38; Filed March 9, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the deadline for the completion of discovery is extended to **March 22, 2011** for the sole purpose of completing the deposition of Yvonne Rimbert.

    The parties have provided several suggested dates for holding a Settlement Conference.  None of these dates are available on the Court's calendar.  Accordingly,

    IT IS FURTHER **ORDERED** that the parties shall appear for a Settlement Conference on **June 2, 2011 at 1:30 p.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.  Counsel shall <u>have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.  No party shall be permitted to participate in the Settlement Conference by telephone, unless that party has obtained leave of the Court following the

filing of an appropriate motion no later than five (5) business days prior to the date of the Settlement Conference.

IT IS FURTHER **ORDERED** that the parties shall submit their Confidential Settlement Statement no later than **May 26, 2011**. **The parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, which are attached**. Parties participating in the District of Colorado Electronic Case Filing ("ECF") system shall submit ONLY their Confidential Settlement Statement in PDF format via email to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (e.g., deposition transcripts or exhibits) are to be submitted to the Court as hard copies. Additional settlement materials shall be delivered to the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Order of Magistrate Judge Mix." Parties not participating in ECF shall submit their Confidential Settlement Statement and any additional materials to the Court as hard copies by either means described above.

IT IS FURTHER **ORDERED** that **no party or attorney shall plan to leave the Settlement Conference before 5:30 p.m.** without first obtaining express permission from the Court. Any party or attorney who schedules travel which requires departure from the Settlement Conference before 5:30 p.m. **WILL BE REQUIRED TO MAKE ALTERNATIVE PLANS** if the case has not settled by the departure time.

Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: March 14, 2011