**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01648-CMA-KLM

HARRY JAMES,

    Plaintiff,

v.

HEUBERGER MOTORS, INC., a Colorado corporation,

    Defendant.

**ORDER REGARDING PLAINTIFF'S RESPONSE
TO MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Plaintiff's Motion For Permission To File Response To Summary Judgment In Excess of 20 Pages (Doc. # 51) and Motion To Seal (Doc. # 52). Upon review of the filings surrounding Defendant's Motion for Summary Judgment and Plaintiff's responses, the Court finds as follows:

    1.    Plaintiff's motion to file in excess of 20 pages (Doc. # 51) is DENIED. The Court has reviewed Plaintiff's response and finds it to be unnecessarily verbose. Plaintiff shall have **to and including April 20, 2011** to file a response that conforms to this Court's page limits;

    2.    Doc. ## 53 and 54 are hereby STRICKEN for failure to comply with this Court's practice standards; and

3. Plaintiff's motion to seal (Doc. # 52) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.2B and 7.2C. Local Rule 7.2B provides:

> A stipulated protective order or confidentiality agreement executed by the parties, standing alone, will not suffice for sealing a paper or closing a court proceeding to the public, will not substitute for the showing required by D.C.COLO.LCivR 7.2C, and will not be binding on the court. Any document that a party asserts should not be part of the public record pursuant to a protective order or a confidentiality agreement shall be filed as a sealed document. The document shall be sealed for 14 days. If no motion to seal is filed within 14 days, the document shall be automatically unsealed.

Plaintiff should either (i) make his arguments without articulating the confidential information, or (ii) publicly file his Response with redactions and request permission to file the unredacted pages under seal.

DATED: April  13 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge