IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01648-CMA-KLM

HARRY JAMES,

    Plaintiff,

v.

HEUBERGER MOTORS, INC., a Colorado corporation,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Take Preservation Deposition of Soraya Cason** [Docket No. 76; Filed October 7, 2011]. The deadline for discovery in this case was March 9, 2011.  *See Minute Order* [#30] at 1. A jury trial is set to begin on November 28, 2011.  *See Minute Order* [#71].  In the course of preparing for trial, Defendant was informed that Soraya Cason ("Cason"), a designated trial witness, will likely be unable to attend the trial in person due to "a serious and debilitating illness" that requires "extensive hospitalizations, trips to the doctor and ongoing treatment for her illness."  *Motion* [#76] at 2.  "After the discovery cut-off a party may not engage in any further discovery, but the discovery cut-off 'does not prevent a party from memorializing a witness' testimony in order to offer it at trial.'" *Estenfelder v. Gates Corp.*, 199 F.R.D. 351, 354 (D. Colo. 2001) (quoting *Spangler v. Sears Roebuck and Co.*, 138 F.R.D. 122, 124 (S.D. Ind. 1991)).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant may take the preservation deposition of Cason at a time and place mutually agreeable to the parties.

    Dated:  October 11, 2011