**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01648-CMA-KLM

HARRY JAMES,

    Plaintiff,

v.

HEUBERGER MOTORS, INC., a Colorado corporation,

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the parties' Stipulated Motion for Dismissal (Doc. # 108). The Court, having reviewed the Motion and the file and being fully advised in the matter, hereby

    ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

    DATED: March  29 , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge